**DENIED and Opinion Filed August 30, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-24-01013-CV

## IN RE CHAD JONES, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01325-B**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

In his August 26, 2024 petition for writ of mandamus, relator challenges the trial court's January 8, 2024 order striking his testifying experts, in part, and the trial court's March 20, 2024 order denying reconsideration of the same. Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Craig Smith/
CRAIG SMITH
JUSTICE

241013F.P05